IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Jenkins, Shuntavia L | Case Number: 07 B 12234 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 7/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: February 23, 2009
Confirmed:  September 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,282.40 | |
| Secured: | | 2,981.98 |
| Unsecured: | | 4,947.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,625.00 |
| Trustee Fee: | | 728.42 |
| Other Funds: | | 0.00 |
| Totals: | 12,282.40 | 12,282.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 3,625.00 | 3,625.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Village of Maywood | Secured | 560.00 | 560.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 40,086.21 | 2,421.98 |
| 5. | ECast Settlement Corp | Unsecured | 108.08 | 478.03 |
| 6. | AmeriCash Loans, LLC | Unsecured | 215.66 | 953.81 |
| 7. | Capital One | Unsecured | 193.77 | 857.02 |
| 8. | RoundUp Funding LLC | Unsecured | 47.05 | 208.10 |
| 9. | Federated Retail Holdings Inc | Unsecured | 50.10 | 221.58 |
| 10. | Nicor Gas | Unsecured | 202.96 | 897.66 |
| 11. | ECast Settlement Corp | Unsecured | 123.97 | 548.29 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 73.12 | 0.00 |
| 13. | B-Real LLC | Unsecured | 176.93 | 782.51 |
| 14. | Cook County Treasurer | Secured | | No Claim Filed |
| 15. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Black Expressions | Unsecured | | No Claim Filed |
| 18. | Credit Collection | Unsecured | | No Claim Filed |
| 19. | Credit Management Service | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 22. | Westlake Community Hospital | Unsecured | | No Claim Filed |
| | | | $ 45,462.85 | $ 11,553.98 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jenkins, Shuntavia L

Printed: 02/24/09

Case Number: 07 B 12234
Judge: Goldgar, A. Benjamin
Filed: 7/10/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 347.09 |
| 6.5% | 329.80 |
| 6.6% | 51.53 |
| | $ 728.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*